UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:25-mj-01152-AAS

PABLO ZUNIGA CARTES, ET AL.

## NOTICE OF APPEARANCE

The United States of America, by Sara C. Sweeney, Acting United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Assistant United States Attorney Daniel Baeza has been assigned as co-counsel in this case. Please forward all materials in this case to both counsel and co-counsel from this date forward.

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

By:  /s/ Daniel Baeza
Daniel Baeza
Assistant United States Attorney
United States Attorney No. 164
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Daniel.Baeza@usdoj.gov